**Brandon Michael PICKENS, Plaintiff-Appellant,**

v.

**Robert C. LEWIS; W. David Guice; Scotland County/Municipality/Laurinburg, NC; Sorrell Saunders; Nakisha Parrish; North Carolina Prison Legal Services, Incorporated; Ina Hinton, Defendants-Appellees.**

No. 17-7219

United States Court of Appeals, Fourth Circuit.

Submitted: January 30, 2018

Decided: February 2, 2018

Brandon Michael Pickens, Appellant Pro Se. Thomas Matthew Woodward, Assistant Attorney General, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina; Bradley O. Wood, WOMBLE BOND DICKINSON (US) LLP, Winston-Salem, North Carolina; Mark Russell Sigmon, SIGMON LAW, PLLC, Raleigh, North Carolina, for Appellees.

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Michael Pickens appeals the district court's order accepting the recommendation of the magistrate judge to

grant Defendants' motions to dismiss and dismissing Pickens' 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Pickens v. Lewis*, No. 1:16-cv-01358-LCB-JLW (M.D.N.C. Aug. 30, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*